UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ERICA WERDANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:15-cv-00234-JAW |
| v. ) | |
| ) | |
| ADAMS STREET PUB, INC., ) | |
| TOWNHOUSE MANAGEMENT, INC. ) | |
| and ) | |
| SACO RIVER ASSOCIATES, ) | |
| ) | |
| Defendants ) | |

## STIPULATION OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Erica Werdann, and Defendants Adams Street Pub, Inc., Townhouse Management, Inc., and Saco River Associates, by their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of Plaintiff's action with prejudice, without costs.

So stipulated and agreed to this 28th day of October, 2015.

| | |
|---|---|
| /s/ Amy Dieterich, Esq. | /s/Roy T. Pierce, Esq. |
| Amy Dieterich, Esq. | Roy T. Pierce |
| Attorney for Plaintiff | Jensen Baird Gardner & Henry |
| Skelton Taintor & Abbott | Ten Free Street |
| 95 Main Street, Ste. 300 | P.O. Box 4510 |
| Auburn, ME  04210 | Portland, ME 04112-4510 |
| (207) 784-3200 | Tel. 775-7271 |
| adieterich@sta-law.com | rtpierce@jbgh.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2015, I electronically filed a Stipulation of Voluntary Dismissal with prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the registered attorneys of record.

/s/ Amy Dieterich
Amy Dieterich, Esq.
Attorney for Plaintiff
SKELTON TAINTOR & ABBOTT
95 Main Street
Auburn, ME  04210
(207) 784-3200